UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ADG, LLC,**

    **Plaintiff/Counter-Defendant,**

                                Case No. 11-cv-15534

v.

                                Hon. Robert H. Cleland

**JAMES N. WHITE,**

    **Defendant/Counter-Plaintiff.**

---

**DEVANEY JACOB WILSON, PLLC**
**Jeffrey D. Wilson (P56376)**          **Nicole L. Thompson (P64786)**
3001 W. Big Beaver Road, Suite 624     22461 Wildwood Street
Troy, Michigan  48084                   St. Clair Shores, MI 48081
(O)  248-649-0990 / (F) 248-649-7155   (517) 980-2274
Email: jeff@djwlawfirm.com             thomps74@hotmail.com
*Attorneys for Plaintiff/Counter-Defendant*   Attorney for Defendant/Counter-Plaintiff

---

**STIPULATION AND ORDER**
**GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

    This matter having come before the Court on the stipulation of counsel and the Court being otherwise fully informed on the premises;

    WHEREFORE Plaintiff/Counter-Defendant ADG, LLC has filed a Motion for Partial Summary Judgment (Dkt #18);

    WHEREFORE the Defendant/Counter-Plaintiff James N. White stipulates to the relief requested in the Motion;

    IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant ADG, LLC's Motion for Partial Summary Judgment is granted and Defendant/Counter-Plaintiff James N. White's hostile work environment harassment counterclaim is dismissed with prejudice.

                                                    S/Robert H. Cleland
                                                    U.S. DISTRICT COURT JUDGE

Dated: August 31, 2012

**APPROVED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| */s/  Jeffrey D. Wilson* | */s/  Nicole L. Thompson* |
| Jeffrey D. Wilson (P56376) | Nicole L. Thompson (P64786) |
| **Devaney Jacob Wilson, PLLC** | 22461 Wildwood Street |
| 3001 W. Big Beaver Road, Suite 624 | St. Clair Shores, MI 48081 |
| Troy, Michigan 48084 | (O) 517-980-2274 |
| (O)  248-649-0990 / (F) 248-649-7155 | Email: thomps74@hotmail.com |
| Email: jeff@djwlawfirm.com | *Attorney for Defendant/Counter-Plaintiff* |
| *Attorneys for Plaintiff/Counter-Defendant* | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 24th day of August 2012, he caused the foregoing **Stipulation and Order Granting Motion for Partial Summary Judgment** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

Dated:  August 24, 2012           By:   */s/ Jeffrey D. Wilson*
                                         Jeffrey D. Wilson