# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ADG, LLC,

      Plaintiff/Counter-Defendant,

v.                                 Case No. 11-15534

JAMES WHITE,

      Defendant/Counter-Plaintiff.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Plaintiff's/Counter-Defendant's Motion for Summary Judgment" dated November 30, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff/Counter-Defendant ADG, LLC.  Dated at Detroit, Michigan, this 30th day of November 2012.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              s/ Lisa Wagner
                      By:  Lisa Wagner, Case Manager
                         to Judge Robert H. Cleland